In the Matter of ROBERT WOOLEY, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent.

Submitted May 3, 2010; decided May 6, 2010

Motion by the Legal Aid Society et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.